**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ACCIDENT FUND INSURANCE COMPANY OF AMERICA t/u/o RONALDO LOPEZ | * * |
| Plaintiff, | * |
| v. | *    Case No. : 8:20-cv-03115 |
| AARON ENTERPRISES, INC. | * |
| Defendant. | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**NOTICE OF REMOVAL**

Petitioner/Defendant, Aaron Enterprises, Inc., by and through its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Montgomery County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Petitioner has been named as Defendant in a suit filed in the Circuit Court for Montgomery County, Case No.: 483531-V. Suit was originally filed on or about September 22, 2020 and suit papers were received by the corporate resident agent of Petitioner/Defendant on October 8, 2020.

2. Petitioner/Defendant, Aaron Enterprises, Inc., is a corporation formed under the laws of the State of Pennsylvania, with a principal place of business at 300 Cloverleaf Road, York, Pennsylvania. Compl. at ¶2.

3. Plaintiff, Accident Fund Insurance Company of America is a Michigan insurance company located at 200 North Grand Avenue, Lansing, Michigan 48933. Compl. at ¶1.

4. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

5. Filed herewith as Exhibits 1 through 7 are copies of all pleadings and papers served on Petitioner/Defendant, consisting of (1) Plaintiff's Complaint; (2) Civil-Non-Domestic Case Information Report; (3) Montgomery County Circuit Court, Writ of Summons; (4) Notice of New Case Number; (5) Scheduling Order – Track 3; (6) Scheduling Notice and Order of Court – Track 3; (7) Order for Mandatory Settlement Conference/Pretrial Hearing – Track 3; and (8) Administrative Notice re. Covid and possible remote hearings.

6. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of an employee of Petitioner/Defendant in the operation of a crane from which Plaintiff alleges use-Plaintiff was injured incurring certain damages and losses paid for by Plaintiff.

7. Petitioner is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00. Plaintiff is a citizen of/domiciled in the State of Michigan. Petitioner/Defendant is a citizen of/domiciled in the State of Pennsylvania. Plaintiff's Complaint seeks judgment against Defendant in an amount in excess of $75,000.00.

WHEREFORE, Petitioner/Defendant, Aaron Enterprises, Inc., respectfully requests that the above-entitled action be removed from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland.

        Respectfully submitted,

        */s/ Colin Bell*

        Colin Bell, Esquire
        MD Federal Court Number: 26855
        Schenker, Krause & Lopez
        600 Red Brook Blvd., Suite 650
        Owings Mills, Maryland 21117
        (410) 559-2410
        colin.bell@zurichna.com
        *Attorneys for Petitioner/Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of October, 2020, a copy of the foregoing Notice of Removal was served via first class mail, postage pre-paid, sent to:

Craig K. Ronald, Esquire
The Sophmar Building
6 East Mulberry Street
Baltimore, Maryland 21202
craig@landsmanlaw.com
*Attorney for Plaintiff*

        */s/ Colin Bell*

        Colin Bell, Esquire (MD Fed Ct No.: 26855)